IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15 -CV- 01174
(To be supplied by the court)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2015 JUN -4 PM 3: 56

JEFFREY P. COLWELL

BY_____ DEP. CLK

Plaintiff, Damaris Velez ,

v.

Defendant. WalkMed Infusion ,

---

### TITLE VII COMPLAINT

---

### PARTIES

1. Plaintiff Damaris Velez is a citizen of the United States who presently resides at the following address:
   16077 E Lake Circle, Aurora CO 80016

2. Defendant WalkMed Infusion lives at or is located at the following address:
   6555 S. Kenton, Suite 304

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. ' 2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location:
   6555 S. Kenton, Suite 304

(Rev. 07/06)

6. Jurisdiction also is asserted pursuant to the following statutory authority:
   _Recommended by EEOC_

## ADMINISTRATIVE PROCEDURES

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on _____ (date) regarding the alleged discriminatory conduct by Defendant(s).

8. Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on _____ (date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

## NATURE OF THE CASE

9. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)
   ____ Race          ____ Color          ____ Religion
   _✓_ Sex            ____ National Origin
   _✓_ Other (please specify) _Harassment_

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)
    ____ Failure to hire

    ____ Failure to promote

    _✓_ Demotion/discharge from employment

    _✓_ Other (please specify) _Not paid equally_

(Rev. 07/06)

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS

(Please number your paragraphs and attach any necessary additional pages. Alternatively, you may attach to the complaint a copy of the charge of discrimination you submitted to the Equal Employment Opportunity Commission.)

Attachment 1 - Notice of Rights mailed March 05, 2015 Received March 09, 2015 w/ Intake Questionnaire

Attachment 2 - Hearing Officer's Decision Dated May 13, 2015

Attachment 3 - Performance Evaluation

Attachment 4 - November 21, 2014 Written Warning

Attachment 5 - Written Complaint Form Anti-Harassment Claim Form w/ Attachments

Attachment 6 - Revamped Written Warning

Attachment 7 - Employee Corrective Action

(Rev. 07/06)        3

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

Lost wages + punitive damages

Date: June 3rd, 2015

_Namarus Kley_
(Plaintiff=s Original Signature)

16077 E Lake Circle
(Street Address)

Aurora CO 80016
(City, State, ZIP)

720 206-4297
(Telephone Number)

(Rev. 07/06)                                    6