IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01174-MSK-MJW

DAMARIS VELEZ,

Plaintiff,

v.

WALKMED INFUSION,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant WalkMed Infusion, LLC's Unopposed Motion to Stay the Scheduling Order Deadlines (Docket No. 19) is granted. The deadlines contained in the Scheduling Order (Docket No. 12) are hereby stayed pending resolution of the defendant's Motion to Dismiss (Docket No. 5).

Date: November 2, 2015