IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 15-cv-01174-MSK-MJW

DAMARIS VELEZ,

        Plaintiff,

v.

WALKMED INFUSION,

        Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Electronic Text Order by Chief Judge Marcia S. Krieger (**Doc. #27**) filed on March 31, 2016, adopting the recommendation issued by the Magistrate Judge (**Doc. #25**) and Granting the Motion to Dismiss (converted to a motion for summary judgment (**Doc. #5**), it is

ORDERED that:

The Recommendation of Magistrate Judge Watanabe (**Doc. #25**) is **ADOPTED** in accordance with (**Doc. #27**).

Judgment is entered in favor of Defendant and against Plaintiff and that Defendant be awarded its costs upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

The case will be closed.

Dated this 31st day March, 2016.

ENTERED FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/Patricia Glover
  Deputy Clerk